**DISMISS; and Opinion Filed January 25, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00803-CV**

**ROBERT BARNES, Appellant**
**V.**
**STREETLANE HOMES, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-03132-B**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Nowell
Opinion by Justice Reichek

Appellant's brief has not been filed despite appellant being cautioned that failure to file the

brief by December 10, 2018 would result in dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a)(1).

Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1); 42.3(b),(c).


/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE


180803F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

ROBERT BARNES, Appellant

No. 05-18-00803-CV      V.

STREETLANE HOMES, Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-18-03132-B.
Opinion delivered by Justice Reichek,
Justices Schenck and Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 25th day of January 2019.